# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY STIRK,<br><br>        Plaintiff,<br><br>v.<br><br>CRACKER BARREL OLD COUNTRY STORE, INC.<br><br>        Defendant. | **NOTICE OF REMOVAL**<br><br>DOCKET NO. |

TO:    The Honorable Judges of the
          United States District Court
          District of Massachusetts

Petitioner, Cracker Barrel Old Country Store, Inc. ("Defendant"), Defendant in the above-entitled action, states:

1. Defendant desires to exercise rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court of the Commonwealth of Massachusetts, Middlesex County, in which said cause is now pending under the name and style *Mary Stirk v. Cracker Barrel Old Country Store, Inc.*, Civil Action No. MICV-2012-0724. On March 6, 2012, Plaintiff Mary Stirk ("Plaintiff") served a copy of Plaintiff's Complaint on Defendant. A copy of the Summons and Complaint is attached hereto as Exhibit A.

2. On March 26, 2012, Defendant filed an assented-to motion to extend the deadline for filing a responsive pleading. A copy of that motion is attached hereto as Exhibit B. The Superior Court allowed that motion on March 27, 2012. A copy of the Order allowing the motion is attached hereto as Exhibit C.

3. The above-described action is one in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this court

      by the Defendant, pursuant to the provisions of 28 U.S.C. § 1441, because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

4. Plaintiff in the above-described action as filed in the Superior Court of the Commonwealth of Massachusetts, Middlesex County, is seeking more than $75,000.00 from Defendant.

5. Plaintiff, at the time this action was commenced, was and still is a citizen of the State of New Hampshire.

6. Defendant, at the time this action was commenced, was and still is a corporation organized under the laws of the State of Tennessee with a principal place of business in Lebanon, Tennessee, and was not and is not a citizen of the State of New Hampshire, the residence and place of citizenship of the Plaintiff .

7. The filing of this Notice is within 30 days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for Plaintiff, and a copy of the Notice of Removal will be filed with the Middlesex Superior Court of the Commonwealth of Massachusetts.

      Respectfully submitted,

      Defendant Cracker Barrel Old Country Store, Inc.

      By its Attorneys,

/s/*Nicole S. Corvini*
Jaclyn L. Kugell (BBO # 561622)
Nicole S. Corvini (BBO #670587)
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109
(617) 523-6666
fax: (617) 367-3125
jkugell@morganbrown.com
ncorvini@morganbrown.com

Dated: April 5, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 5, 2012

/s/*Nicole S. Corvini*
Nicole S. Corvini