# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                        SUPERIOR COURT
                                               Civil Action No. 12-0724

---

MARY STIRK,

         Plaintiff,

v.

CRACKER BARREL OLD COUNTRY STORE, INC.,

         Defendant.

---

## ASSENTED TO MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING TO COMPLAINT

Defendant, Cracker Barrel Old Country Store, Inc. ("Defendant"), with the assent of the Plaintiff, Mary Stirk, moves the Court to stay the deadline for the filing of Defendant's responsive pleading to Plaintiff's Complaint until April 9, 2012.

WHEREFORE, the Defendant, with the assent of the Plaintiff, request the Court extend the deadline for Defendant's responsive pleading until April 9, 2012.

                                       Respectfully submitted,

                                       CRACKER BARREL OLD COUNTRY
                                           STORE, INC.,

                                       By its attorneys,

                                       /s/ Jaclyn L. Kugell
                                       Jaclyn L. Kugell (BBO# 561622)
                                       Morgan, Brown & Joy, LLP
                                       200 State Street
                                       Boston, MA 02109
                                       (617) 523-6666

With the Assent of:

MARY STIRK

By her attorney,

*Paul Manoff (JK)* *with permission*
_____
Paul Manoff (BBO #318220)
47 Winter St # 4
Boston, MA 02108
(617) 542-4620

Dated: March 26, 2012

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel for plaintiff, Paul Manoff, Esq., 47 Winter Street, #4, Boston, MA 02108, by first class mail, postage prepaid.

                                                  _____
                                                  Jaclyn L. Kugell